G. Thomas Martin, III, Esq. (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com
Attorneys for Plaintiff,
KRISTAL MURPHY

David Ian Dalby (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: 415-362-6000
Fax: 415-834-9070
ddalby@hinshawlaw.com
Attorneys for Defendant,
SALLIE MAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL MURPHY,<br><br>        Plaintiff,<br>  v.<br><br>SALLIE MAE,<br><br>        Defendant. | Case No.  C 2:12-CV-02072-JAM-GGH<br><br>STIPULATION EXTENDING THE DISCOVERY CUT OFF;  ORDER |

      Whereas the present Discovery cut off date in this action is November 1, 2013, pursuant to the Court's February 26, 2013 Status (Pre-trial Scheduling) Order (Doc. # 10.), and the last day to file all dispositive motions is December 18, 2013;

      Whereas the parties desire to extend the Discovery cut off to December 31, 2013 in order to complete discovery and resolve any potential disagreements concerning the parties' respective discovery requests;

      And, Whereas, no other dates in the Status Order have been changed or extended by a stipulation of the parties;

STIPULATION EXTENDING DISCOVERY CUT OFF AND (PROPOSED) ORDER

3272971v1 0941238

Wherefore, by and through their respective counsel of record, plaintiff Kristal Murphy and defendant Sallie Mae hereby stipulate that the Discovery cut off is extended to Tuesday, December 31, 2013. The deadline for filing dispositive motions remains scheduled for December 18, 2103.

IT IS SO STIPULATED

DATED: September 30, 2013    PRICE LAW GROUP, APC

By: /s/ G. Thomas Martin III            .
G. Thomas Martin, III
Attorney for Plaintiff

DATED: September 30, 2013    HINSHAW & CULBERTSON LLP

By: /s/ David Ian Dalby____
David Ian Dalby
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 30, 2013    /s/ John A. Mendez_____
JUDGE OF THE DISTRICT COURT

- 2 -

STIPULATION EXTENDING DISCOVERY CUT OFF AND (PROPOSED) ORDER

3272971v1 0941238