# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL MURPHY,<br><br>    Plaintiff,<br><br>    vs.<br><br>SALLIE MAE; JOHN DOES 1 through 10, JANE DOES 1 through 10, and X, Y, Z CORPORATIONS 1 through 10, ET AL.<br><br>    Defendant(s). | Case No.: 2-12-CV-02072-JAM-GGH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

   PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, KRISTAL MURPHY against Defendants, SALLIE MAE; JOHN DOES 1 through 10, JANE DOES 1 through 10, and X, Y, Z CORPORATIONS 1 through 10, ET AL are dismissed, with prejudice.  Plaintiff KRISTAL MURPHY, and Defendant SALLIE MAE, shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  12/2/2013                         /s/ John A. Mendez_____
                                          U.S. District Court Judge
                                          Eastern District of California